No. 91–7086. PLEWNIAK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7087. JACKSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–7092. ROGERS v. FRANK, POSTMASTER GENERAL. C. A. 8th Cir. Certiorari denied.

No. 91–7097. BAKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7105. ROSSY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7106. COLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7108. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–7109. GROOM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7116. FEARON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7119. COX, AKA PILIERE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7124. BORCHERS v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–540. CHANCE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–699. WALTMAN v. FAHNESTOCK & CO., INC. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–772. PRINSKI v. TERMAR NAVIGATION CO., INC., ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.